# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAHEE ABD' RASHEED aka JAMES E. SMITH,<br><br>Plaintiff,<br><br>v.<br><br>HARRINGTON, et al.,<br><br>Defendants._____/ | CASE NO. 1:09-cv-00780-LJO-GSA PC<br><br>ORDER DISMISSING ACTION, WITHOUT PREJUDICE, PURSUANT TO 28 U.S.C. § 1915(G), AND DIRECTING CLERK OF THE COURT TO ENTER JUDGMENT<br><br>(Doc. 1) |

Plaintiff Tahee Abd' Rasheed, aka James E. Smith, is a state prisoner proceeding pro se. Plaintiff filed this civil action on April 30, 2009, alleging that his incoming mail is being censored and items have been removed from his incoming mail prior to delivery to him.[1] Plaintiff seeks an injunction and damages for the violation of his rights under the United States Constitution.

28 U.S.C. § 1915(g) provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." Plaintiff has had three or more actions

---

[1] Plaintiff's attempt to include Hollie Garrett as his co-plaintiff is disregarded. Garrett did not sign the complaint, Fed. R. Civ. P. 11(a), and Plaintiff is not entitled to represent Garrett in this action, Fymbo v. State Farm Fire & Casualty Co., 213 F.3d 1320, 1321 (2000); Johns v. County of San Diego, 114 F.3d 874, 876 (9th Cir. 1997); C. E. Pope Equity Trust v. United States, 818 F.2d 696, 697 (9th Cir. 1987).

1

1 dismissed as frivolous, as malicious, or for failing to state a claim upon which relief may be granted.[2]
2 Thus, Plaintiff is subject to section 1915(g) and is precluded from proceeding in forma pauperis
3 unless Plaintiff is, at the time the complaint is filed, under imminent danger of serious physical
4 injury.

5 Because Plaintiff is not in imminent danger of serious physical injury, he may not proceed
6 with this action unless he pays the filing fee. Andrews v. Cervantes, 493 F.3d 1047, 1053 (9th Cir.
7 2007). Accordingly, this action is HEREBY DISMISSED, pursuant to 28 U.S.C. § 1915(g), without
8 prejudice to re-filing accompanied by the $350.00 filing fee. The Clerk of the Court SHALL enter
9 judgment.

11 IT IS SO ORDERED.

**Dated:    May 5, 2009**                             /s/ Lawrence J. O'Neill
                                                     UNITED STATES DISTRICT JUDGE

---

[2] Among the dismissals suffered by plaintiff that count as strikes under 1915(g) are case numbers 3:06-cv-05992-SI Smith v. Holm (N.D. Cal.) (dismissed 01/22/2007 for failure to state a claim); 1:07-cv-00509-LJO-SMS Smith v. Scribner (E.D. Cal.) (dismissed 05/04/2007 for frivolousness, maliciousness, and failure to state a claim); 1:06-cv-00310-AWI-NEW (DLB) PC (E.D. Cal.) (dismissed 05/09/2007 for failure to state a claim); and 1:07-cv-00531-AWI-SMS Smith v. Social Sec. Admin. Office, Employees (E.D. Cal.) (dismissed 05/09/2007 for failure to state a claim).