# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAHEE ABD' RASHEED aka JAMES E. SMITH, | CASE NO. 1:09-cv-00780-LJO-GSA PC |
| Plaintiff, | ORDER DENYING MOTION, WITH PREJUDICE |
| v. | (Doc. 6) |
| HARRINGTON, et al., | |
| Defendants. | |

    Plaintiff Tahee Abd' Rasheed, aka James E. Smith, is a state prisoner who was proceeding pro se in this civil action filed on April 30, 2009.  On June 24, 2009, Plaintiff filed a motion entitled "Emergency Injunctive Relief."

    This action was dismissed on May 5, 2009, and Plaintiff's motion, which is nothing more than a bare request for relief, does not seek any proper post-judgment relief.  Accordingly, the motion is DENIED, with prejudice.

IT IS SO ORDERED.

**Dated:    June 29, 2009**              /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE